UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LESLIE D. LARKINS; NICKY LARKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALGREEN CO, ) <br> ) <br> Defendant. ) | Case No. 2:08-cv-184 |

# ORDER OF REASSIGNMENT

It is hereby **ORDERED** that the Honorable H. Bruce Guyton is designated as the United States Magistrate Judge in this case.

ENTER:

**/s/**
**CURTIS L. COLLIER, CHIEF**
**UNITED STATES DISTRICT JUDGE**